The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER        ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [ ] Yes [ ]  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)            NATURE OF SUIT

TORTS                                                                                          ACTIONS UNDER STATUTES

CONTRACT            PERSONAL INJURY        PERSONAL INJURY/                FORFEITURE/PENALTY        BANKRUPTCY                OTHER STATUTES
                                           [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE   [ ] 310 AIRPLANE       PHARMACEUTICAL PERSONAL         [ ] 625 DRUG RELATED      [ ] 422 APPEAL            [ ] 375 FALSE CLAIMS
[ ] 120 MARINE      [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY       SEIZURE OF PROPERTY           28 USC 158          [ ] 376 QUI TAM
[ ] 130 MILLER ACT         LIABILITY       [ ] 365 PERSONAL INJURY              21 USC 881           [ ] 423 WITHDRAWAL        [ ] 400 STATE
[ ] 140 NEGOTIABLE  [ ] 320 ASSAULT, LIBEL &      PRODUCT LIABILITY         [ ] 690 OTHER                 28 USC 157                  REAPPORTIONMENT
        INSTRUMENT         SLANDER         [ ] 368 ASBESTOS PERSONAL                                                           [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF [ ] 330 FEDERAL                INJURY PRODUCT                                                              [ ] 430 BANKS & BANKING
        OVERPAYMENT &      EMPLOYERS'              LIABILITY                                         PROPERTY RIGHTS           [ ] 450 COMMERCE
        ENFORCEMENT        LIABILITY                                                                                           [ ] 460 DEPORTATION
        OF JUDGMENT [ ] 340 MARINE         PERSONAL PROPERTY                                         [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT [ ] 345 MARINE PRODUCT                                                          [ ] 830 PATENT                    ENCED & CORRUPT
[ ] 152 RECOVERY OF        LIABILITY       [ ] 370 OTHER FRAUD                                       [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION     ORGANIZATION ACT
        DEFAULTED   [ ] 350 MOTOR VEHICLE  [ ] 371 TRUTH IN LENDING                                  [ ] 840 TRADEMARK                 (RICO)
        STUDENT LOANS [ ] 355 MOTOR VEHICLE                                                                                    [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)   PRODUCT LIABILITY                                                          SOCIAL SECURITY           [ ] 485 TELEPHONE CONSUMER
[ ] 153 RECOVERY OF [ ] 360 OTHER PERSONAL                                   LABOR                                                     PROTECTION ACT
        OVERPAYMENT        INJURY          [ ] 380 OTHER PERSONAL                                    [ ] 861 HIA (1395ff)
        OF VETERAN'S [ ] 362 PERSONAL INJURY -     PROPERTY DAMAGE          [ ] 710 FAIR LABOR       [ ] 862 BLACK LUNG (923)
        BENEFITS           MED MALPRACTICE [ ] 385 PROPERTY DAMAGE                  STANDARDS ACT    [ ] 863 DIWC/DIWW (405(g)) [ ] 490 CABLE/SATELLITE TV
[ ] 160 STOCKHOLDERS                               PRODUCT LIABILITY        [ ] 720 LABOR/MGMT       [ ] 864 SSID TITLE XVI     [ ] 850 SECURITIES/
        SUITS                                                                       RELATIONS       [ ] 865 RSI (405(g))                COMMODITIES/
[ ] 190 OTHER                              PRISONER PETITIONS               [ ] 740 RAILWAY LABOR ACT                                   EXCHANGE
        CONTRACT                           [ ] 463 ALIEN DETAINEE           [ ] 751 FAMILY MEDICAL   FEDERAL TAX SUITS         [ ] 890 OTHER STATUTORY
[ ] 195 CONTRACT            ACTIONS UNDER STATUTES [ ] 510 MOTIONS TO         LEAVE ACT (FMLA)                                          ACTIONS
        PRODUCT                                    VACATE SENTENCE                                   [ ] 870 TAXES (U.S. Plaintiff or  [ ] 891 AGRICULTURAL ACTS
        LIABILITY           CIVIL RIGHTS           28 USC 2255              [ ] 790 OTHER LABOR          Defendant)            [ ] 893 ENVIRONMENTAL
[ ] 196 FRANCHISE                          [ ] 530 HABEAS CORPUS                    LITIGATION       [ ] 871 IRS-THIRD PARTY            MATTERS
                    [ ] 440 OTHER CIVIL RIGHTS [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC          26 USC 7609          [ ] 895 FREEDOM OF
                           (Non-Prisoner)  [ ] 540 MANDAMUS & OTHER                 SECURITY ACT (ERISA)                                INFORMATION ACT
REAL PROPERTY       [ ] 441 VOTING                                                                                             [ ] 896 ARBITRATION
                    [ ] 442 EMPLOYMENT                                                                                         [ ] 899 ADMINISTRATIVE
[ ] 210 LAND        [ ] 443 HOUSING/       PRISONER CIVIL RIGHTS            IMMIGRATION                                                PROCEDURE ACT/REVIEW OR
        CONDEMNATION       ACCOMMODATIONS                                                                                              APPEAL OF AGENCY DECISION
[ ] 220 FORECLOSURE [ ] 445 AMERICANS WITH [ ] 550 CIVIL RIGHTS             [ ] 462 NATURALIZATION
[ ] 230 RENT LEASE &       DISABILITIES -  [ ] 555 PRISON CONDITION                APPLICATION                                [ ] 950 CONSTITUTIONALITY OF
        EJECTMENT          EMPLOYMENT      [ ] 560 CIVIL DETAINEE           [ ] 465 OTHER IMMIGRATION                                  STATE STATUTES
[ ] 240 TORTS TO LAND [ ] 446 AMERICANS WITH       CONDITIONS OF CONFINEMENT        ACTIONS
[ ] 245 TORT PRODUCT       DISABILITIES -OTHER
        LIABILITY   [ ] 448 EDUCATION
[ ] 290 ALL OTHER
        REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION      DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                    AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                         IF SO, STATE:

DEMAND $_____    OTHER _____   JUDGE _____     DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:  YES    NO                  NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)                **ORIGIN**

☐ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from (Specify District)   ☐ 6 Multidistrict Litigation (Transferred)   ☐ 7 Appeal to District Judge from Magistrate Judge

☐ a. all parties represented

☐ b. At least one party is pro se.

☐ 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)         **BASIS OF JURISDICTION**         *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF    2 U.S. DEFENDANT    3 FEDERAL QUESTION (U.S. NOT A PARTY)    4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☐ MANHATTAN

DATE                                                                                                    ADMITTED TO PRACTICE IN THIS DISTRICT
                SIGNATURE OF ATTORNEY OF RECORD                             [ ] NO
                                                                                                            [ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #                                                                                           Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____  Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)