IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
JAMES MURPHY, ON BEHALF OF HIMSELF AND :
ALL OTHER PERSONS SIMILARLY SITUATED, :
                                       :
              Plaintiff,               :   No. 1:25-CV-03266-LJL
                                       :
     -against-                         :
                                       :
ELEVATE OUTDOOR COLLECTIVE, LLC,       :
                                       :
              Defendant.               :
---------------------------------------------------------------X

## DEFENDANT ELEVATE OUTDOOR COLLECTIVE, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Elevate Outdoor Collective, LLC ("EOC"), by and through its attorney, hereby discloses that it is a privately owned company with no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

**P&K Park LLP**

By: _____
Christine M. Emery, Esq.
100 Park Avenue, 16th Floor
New York, New York 10017
Christine.Emery@pkparkllp.com
*Attorneys for Defendant*
*Elevate Outdoor Collective, LLC*

Dated: August 11, 2025

## CERTIFICATE OF SERVICE

I, Christine M. Emery, Esquire, hereby certify that I caused a true and correct copy of the enclosed document to be served on all counsel via ECF.

Respectfully submitted,

**P&K Park LLP**

By: _____
Christine M. Emery, Esq.
100 Park Avenue, 16th Floor
New York, New York 10017
Christine.Emery@pkparkllp.com
*Attorneys for Defendant*
*Elevate Outdoor Collective, LLC*

Dated: August 11, 2025

2