UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JAMES MURPHY, ON BEHALF OF
HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

    Plaintiffs,

   v.

ELEVATE OUTDOOR COLLECTIVE,
LLC,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:25-cv-3266

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

   Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice and
without fees and costs against Defendant, ELEVATE OUTDOOR COLLECTIVE, LLC.

Dated: New York, New York
   August 29, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Michael A. LaBollita</u>
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge